1

2

Mark E. Smith
Smith McKenzie Rothwell
   & Barlow, P.S.
500 Union Street, Ste. 700
Seattle, WA  98101
206-224-9900

3

4

5

6

marks@smrblaw.com
Attorneys for Plaintiffs

7

8

9

10

11

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

12

13

14

15

16

17

18

| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH AND WELFARE TRUST, et al., | ) ) ) ) | MS NO.  05-5008JKA NO.  C01-5265 FDB |
| Plaintiffs, | ) ) | ORDER TO SHOW CAUSE |
| v. | ) ) | |
| JULIA A. S. WOOD and JOHN DOE WOOD d/b/a  J. S. WOOD COMPANY, | ) ) | |
| Defendant. | ) | |

19

20

21

22

23

24

        The Plaintiffs, through their attorneys, having filed a Motion and Declaration

for an Order directing Julia A. S. Wood, Owner of J. S. Wood Company, to appear

and show cause, if any she may have, why she should not be adjudged in contempt

of this Court for his failure to comply with the Order dated April 21, 2005, requiring

25

ORDER TO SHOW CAUSE - 1



answers to Written Interrogatories within 30 days from the date of service.

NOW, THEREFORE, it is hereby ordered that JULIA A.S. WOOD be and hereby is required to appear before the undersigned U.S. Magistrate Judge, U. S. District Court, Courtroom D, 1717 Pacific Avenue, Tacoma, Washington, on the **_13th day of December, 2005, at 9:00 a.m.,_** to show cause if any there may be, why she should not be adjudged in contempt of Court for her failure to comply with the aforementioned Order requiring her to answer written interrogatories.

DATED at Tacoma, Washington this 18th day of November, 2005.


_/s/ J. Kelley Arnold_____
U. S. Magistrate Judge


Presented by:


s/Mark E. Smith_____
Mark E. Smith, WSBA #30924


ORDER TO SHOW CAUSE - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5000 125 gg140117 11/18/05

