1 | Mark E. Smith
2 | Smith McKenzie Rothwell
   & Barlow, P.S.
3 | 500 Union Street, Ste. 700
Seattle, WA  98101
4 | 206-224-9900

5 | marks@smrblaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH AND WELFARE TRUST, et al., | MS NO.  05-5008<br>NO.  C01-5265 FDB |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| JULIA A. S. WOOD and JOHN DOE WOOD d/b/a  J. S. WOOD COMPANY,<br>Defendant. | |

    The Plaintiffs, through their attorneys, having filed a Motion and Declaration for an Order directing Julia A. S. Wood of J. S. Wood Company, to appear and show cause, if any she may have, why she should not be adjudged in contempt of this Court for her failure to comply with the Order dated April 21, 2005, requiring Answers to Written Interrogatories within 30 days from the date of service,

ORDER TO SHOW CAUSE - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5000 125 hd061908 4/14/06



NOW, THEREFORE, it is hereby ordered that JULIA A. WOOD be and hereby is required to appear before the undersigned U.S. Magistrate Judge, U. S. District Court, Courtroom D, 1717 Pacific Avenue, Tacoma, Washington, **on the 18th day of May, 2006 at 9:00a.m.**, to show cause if any there may be, why she should not be adjudged in contempt of Court for her failure to comply with the aforementioned Order requiring her to answer written interrogatories.

DATED at Tacoma, Washington this 14th day of April, 2006.

*/s/ J. Kelley Arnold*
U. S. Magistrate Judge

Presented by:

*/s/ Mark E. Smith*
Mark E. Smith, WSBA #30924
SMITH McKENZIE ROTHWELL
  & BARLOW, P.S.
Attorneys for Plaintiffs

ORDER TO SHOW CAUSE - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5000 125 hd061908 4/14/06